[EDITOR'S NOTE: This case is unpublished as indicated by the issuing court.]
ORDER (#140)
After hearing held on defendant International Association of Lions Club, Inc.'s motion, it is hereby ORDERED:
The plaintiffs have not persuaded the court in oral argument of any controlling flaw in defendant's claim of non-existence of a genuine issue of material fact. Practice Book, 384. Furthermore, the plaintiffs have not seen fit to file any CT Page 7383 counteraffidavit, documentation or memorandum of law in opposition, which inaction militates against the validity of their defense. Cawley v. Schochat, 21 Conn. App. 118, 121 (1990).
The motion is granted.
GAFFNEY, J.